# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trae Christopher Gittens,<br><br>*Debtor*. | Case No. 26-13857-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 17, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 17, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

# Method of Service - First Class Mail

**Banfield Pet Hospital**
Attn: Bankruptcy
18101 Se 6th Way
Vancouver, WA 98683-7509

**Bridgecrest Acceptance Corp**
Attn: Bankruptcy
7300 East Hampton Avenue Suite 100
Mesa, AZ 85209-3324

**Cbe Group**
Attn: Bankruptcy
PO Box 900
Waterloo, IA 50704

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mission Lane Llc**
Po Box 105286
Atlanta, GA 30348

**Mrs Bpo, Llc.**
Attn: Bankruptcy
402 Lippincott Drive
Marlton, NJ 08053

**North Carolina Dept. of Revenue**
Attention: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

**Receivable Management Services. LLC**
Attn: Bankruptcy
7350 Tilghman St
Allentown, PA 18106

**Square**
Attn: Bankruptcy
1455 Market St
San Francisco, CA 94103-1331

**Verizon Wireless**
Attn: Bankruptcy Administration
500 Technology Dr Ste 550 Saint
Charles, MO 63304-2225