# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trae Christopher Gittens,<br><br>*Debtor*. | Case No. 26-13857-DJB<br>Chapter 13 |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 30, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 30, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**North Carolina Dept. of Revenue**
Attention: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

**Bridgecrest Credit Company, LLC**
AIS Portfolio Services, LLC
Account: XXXXXXXX7001
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

# Method of Service - First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**North Carolina Dept. of Revenue**
Attention: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168