Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 07/06/2026 | 07/12/2026 | 07/17/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| YTD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells fargo | Wells fargo ******9747 | ******9747 | | 0.00 USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 07/13/2026 | 07/19/2026 | 07/24/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 18.15 | 272.32 | 0.00 | 51.30 | 0.00 | 221.02 |
| YTD | 18.15 | 272.32 | 0.00 | 51.30 | 0.00 | 221.02 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Hourly Pay | 07/13/2026 - 07/19/2026 | 18.15432 | 15 | 272.32 | 18.154328 | 272.32 |
| Earnings | | | | 272.32 | | 272.32 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 16.88 | 16.88 |
| Medicare | 3.95 | 3.95 |
| Federal Withholding | 11.75 | 11.75 |
| State Tax - PA | 8.36 | 8.36 |
| SUI-Employee Paid - PA | 0.19 | 0.19 |
| City Tax - PHILA | 10.17 | 10.17 |
| Employee Taxes | 51.30 | 51.30 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 272.32 | 272.32 |
| Medicare - Taxable Wages | 272.32 | 272.32 |
| Federal Withholding - Taxable Wages | 272.32 | 272.32 |
| State Tax Taxable Wages - PA | 272.32 | 272.32 |
| City Tax Taxable Wages - PHILA | 272.32 | 272.32 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells fargo | Wells fargo ******9747 | ******9747 | | 221.02 USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 07/20/2026 | 07/26/2026 | 07/31/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 12.24 | 183.55 | 0.00 | 29.53 | 0.00 | 154.02 |
| YTD | 30.39 | 455.87 | 0.00 | 80.83 | 0.00 | 375.04 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 07/20/2026 - 07/26/2026 | 12.23614 | 15 | 183.55 | 30.390474 | 455.87 |
| Earnings | | | | 183.55 | | 455.87 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 11.38 | 28.26 |
| Medicare | 2.66 | 6.61 |
| Federal Withholding | 2.87 | 14.62 |
| State Tax - PA | 5.63 | 13.99 |
| SUI-Employee Paid - PA | 0.13 | 0.32 |
| City Tax - PHILA | 6.86 | 17.03 |
| Employee Taxes | 29.53 | 80.83 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 183.55 | 455.87 |
| Medicare - Taxable Wages | 183.55 | 455.87 |
| Federal Withholding - Taxable Wages | 183.55 | 455.87 |
| State Tax Taxable Wages - PA | 183.55 | 455.87 |
| City Tax Taxable Wages - PHILA | 183.55 | 455.87 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells fargo | Wells fargo ******9747 | ******9747 | | 154.02 USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 07/27/2026 | 08/02/2026 | 08/07/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 19.49 | 479.72 | 0.00 | 106.29 | 0.00 | 373.43 |
| YTD | 49.88 | 935.59 | 0.00 | 187.12 | 0.00 | 748.47 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Hourly Pay | 07/27/2026 - 08/02/2026 | 19.48977 | 9 | 175.42 | 49.880244 | 631.29 |
| TIPS1 | 07/27/2026 - 08/02/2026 | 0 | 0 | 304.30 | 0 | 304.30 |
| Earnings | | | | 479.72 | | 935.59 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 29.75 | 58.01 |
| Medicare | 6.96 | 13.57 |
| Federal Withholding | 36.60 | 51.22 |
| State Tax - PA | 14.73 | 28.72 |
| SUI-Employee Paid - PA | 0.33 | 0.65 |
| City Tax - PHILA | 17.92 | 34.95 |
| Employee Taxes | 106.29 | 187.12 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 479.72 | 935.59 |
| Medicare - Taxable Wages | 479.72 | 935.59 |
| Federal Withholding - Taxable Wages | 479.72 | 935.59 |
| State Tax Taxable Wages - PA | 479.72 | 935.59 |
| City Tax Taxable Wages - PHILA | 479.72 | 935.59 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells fargo | Wells fargo ******9747 | ******9747 | | 373.43 USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 08/03/2026 | 08/09/2026 | 08/14/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 18.20 | 337.02 | 0.00 | 68.43 | 0.00 | 268.59 |
| YTD | 68.08 | 1,272.61 | 0.00 | 255.55 | 0.00 | 1,017.06 |

Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/03/2026 - 08/09/2026 | 18.20461 | 9 | 163.86 | 68.084854 | 795.15 |
| TIPS1 | 08/03/2026 - 08/09/2026 | 0 | 0 | 173.16 | 0 | 477.46 |
| Earnings | | | | 337.02 | | 1,272.61 |

Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 20.89 | 78.90 |
| Medicare | 4.88 | 18.45 |
| Federal Withholding | 19.48 | 70.70 |
| State Tax - PA | 10.35 | 39.07 |
| SUI-Employee Paid - PA | 0.24 | 0.89 |
| City Tax - PHILA | 12.59 | 47.54 |
| Employee Taxes | 68.43 | 255.55 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 337.02 | 1,272.61 |
| Medicare - Taxable Wages | 337.02 | 1,272.61 |
| Federal Withholding - Taxable Wages | 337.02 | 1,272.61 |
| State Tax Taxable Wages - PA | 337.02 | 1,272.61 |
| City Tax Taxable Wages - PHILA | 337.02 | 1,272.61 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells fargo | Wells fargo ******9747 | ******9747 | | 268.59 | USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 08/10/2026 | 08/16/2026 | 08/21/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 12.29 | 189.14 | 0.00 | 30.91 | 0.00 | 158.23 |
| YTD | 80.37 | 1,461.75 | 0.00 | 286.46 | 0.00 | 1,175.29 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/10/2026 - 08/16/2026 | 12.28509 | 9 | 110.57 | 80.369945 | 905.72 |
| TIPS1 | 08/10/2026 - 08/16/2026 | 0 | 0 | 78.57 | 0 | 556.03 |
| Earnings | | | | 189.14 | | 1,461.75 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 11.73 | 90.63 |
| Medicare | 2.75 | 21.20 |
| Federal Withholding | 3.43 | 74.13 |
| State Tax - PA | 5.81 | 44.88 |
| SUI-Employee Paid - PA | 0.13 | 1.02 |
| City Tax - PHILA | 7.06 | 54.60 |
| Employee Taxes | 30.91 | 286.46 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 189.14 | 1,461.75 |
| Medicare - Taxable Wages | 189.14 | 1,461.75 |
| Federal Withholding - Taxable Wages | 189.14 | 1,461.75 |
| State Tax Taxable Wages - PA | 189.14 | 1,461.75 |
| City Tax Taxable Wages - PHILA | 189.14 | 1,461.75 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA State Paid Sick Leave Weekly | 0.307127 | 0 | 2.009248 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells fargo | Wells fargo ******9747 | ******9747 | | 158.23 | USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 08/17/2026 | 08/23/2026 | 08/28/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 12.04 | 202.11 | 0.00 | 34.08 | 0.00 | 168.03 |
| YTD | 92.41 | 1,663.86 | 0.00 | 320.54 | 0.00 | 1,343.32 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/17/2026 - 08/23/2026 | 12.03551 | 9 | 108.32 | 92.405459 | 1,014.04 |
| TIPS1 | 08/17/2026 - 08/23/2026 | 0 | 0 | 93.79 | 0 | 649.82 |
| Earnings | | | | 202.11 | | 1,663.86 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 12.53 | 103.16 |
| Medicare | 2.93 | 24.13 |
| Federal Withholding | 4.73 | 78.86 |
| State Tax - PA | 6.20 | 51.08 |
| SUI-Employee Paid - PA | 0.14 | 1.16 |
| City Tax - PHILA | 7.55 | 62.15 |
| Employee Taxes | 34.08 | 320.54 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 202.11 | 1,663.86 |
| Medicare - Taxable Wages | 202.11 | 1,663.86 |
| Federal Withholding - Taxable Wages | 202.11 | 1,663.86 |
| State Tax Taxable Wages - PA | 202.11 | 1,663.86 |
| City Tax Taxable Wages - PHILA | 202.11 | 1,663.86 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA State Paid Sick Leave Weekly | 0.300888 | 0 | 2.310136 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells fargo | Wells fargo ******9747 | ******9747 | | 168.03 USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 08/24/2026 | 08/30/2026 | 09/04/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 6.13 | 81.36 | 0.00 | 11.82 | 0.00 | 69.54 |
| YTD | 98.54 | 1,745.22 | 0.00 | 332.36 | 0.00 | 1,412.86 |

**Earnings**

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Hourly Pay | 08/24/2026 - 08/30/2026 | 6.131621 | 9 | 55.19 | 98.53708 | 1,069.23 |
| TIPS1 | 08/24/2026 - 08/30/2026 | 0 | 0 | 26.17 | 0 | 675.99 |
| Earnings | | | | 81.36 | | 1,745.22 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 5.04 | 108.20 |
| Medicare | 1.18 | 25.31 |
| Federal Withholding | 0.00 | 78.86 |
| State Tax - PA | 2.50 | 53.58 |
| SUI-Employee Paid - PA | 0.06 | 1.22 |
| City Tax - PHILA | 3.04 | 65.19 |
| Employee Taxes | 11.82 | 332.36 |

**Taxable Wages**

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 81.36 | 1,745.22 |
| Medicare - Taxable Wages | 81.36 | 1,745.22 |
| Federal Withholding - Taxable Wages | 81.36 | 1,745.22 |
| State Tax Taxable Wages - PA | 81.36 | 1,745.22 |
| City Tax Taxable Wages - PHILA | 81.36 | 1,745.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

**Absence Plans**

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA State Paid Sick Leave Weekly | 0.153291 | 0 | 2.463427 |

**Payment Information**

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Wells fargo | Wells fargo ******9747 | ******9747 | | 69.54 | USD |

Artisanal Brewing Ventures 4001A Yancey Rd Charlotte, NC 28217
Trae Gittens 2704 S Sheridan St Philadelphia, PA 19148

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Trae Gittens | Artisanal Brewing Ventures | [redacted] | 08/31/2026 | 09/06/2026 | 09/11/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 11.30 | 147.80 | 0.00 | 21.48 | 0.00 | 126.32 |
| YTD | 109.84 | 1,893.02 | 0.00 | 353.84 | 0.00 | 1,539.18 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Hourly Pay | 08/31/2026 - 09/06/2026 | 11.30178 | 9 | 101.72 | 109.838862 | 1,170.95 |
| TIPS1 | 08/31/2026 - 09/06/2026 | 0 | 0 | 46.08 | 0 | 722.07 |
| Earnings | | | | 147.80 | | 1,893.02 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 9.17 | 117.37 |
| Medicare | 2.14 | 27.45 |
| Federal Withholding | 0.00 | 78.86 |
| State Tax - PA | 4.54 | 58.12 |
| SUI-Employee Paid - PA | 0.11 | 1.33 |
| City Tax - PHILA | 5.52 | 70.71 |
| Employee Taxes | 21.48 | 353.84 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 147.80 | 1,893.02 |
| Medicare - Taxable Wages | 147.80 | 1,893.02 |
| Federal Withholding - Taxable Wages | 147.80 | 1,893.02 |
| State Tax Taxable Wages - PA | 147.80 | 1,893.02 |
| City Tax Taxable Wages - PHILA | 147.80 | 1,893.02 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| USA State Paid Sick Leave Weekly | 0.282545 | 0 | 2.745972 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells fargo | Wells fargo ******9747 | ******9747 | | 126.32 USD |